UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANY SELIM,

          Petitioner,          Case Number  20-11289

v.                                        Honorable David M. Lawson

REBECCA ADDUCCI, Detroit District
Director, United States Immigration and
Customs Enforcement, MATTHEW T. ALBENCE,
Director, United States Immigration and
Customs Enforcement, CHAD WOLF,
Secretary, United States Department of
Homeland Security, and WILLIAM P. BARR,
United States Attorney General,

          Respondents.
_____/

## ORDER OF DISMISSAL

Based on the stipulation of the parties (ECF No. 8),

It is **ORDERED** that the petition for a writ of habeas corpus (ECF No. 1) is **DISMISSED WITH PREJUDICE** and without costs to any party.

                                                          s/David M. Lawson
                                                          DAVID M. LAWSON
                                                          United States District Judge

Dated:  December 14, 2020